IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DERRICUS GILBERT,

    Petitioner,

v.

D. ALATARY, ACTING WARDEN,
FCI GREENVILLE,

    Respondent.

Case No. 25-CV-01842-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of October 30, 2025 (Doc. 6), this matter is **DISMISSED without prejudice** with each party to bear its own costs and fees.

**DATED: October 30, 2025**

                                      MONICA A. STUMP,
                                      Clerk of Court


                                      By: *s/ Jackie Muckensturm*
                                            Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
                 STEPHEN P. MCGLYNN
                 U.S. District Judge